IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Charleston Division

**DELBERT KEVIN CORDLE,**

    **Plaintiff,**

v.

                                                                Civil Action No. 2:24-cv-594

**EXPERIAN INFORMATION**
**SOLUTIONS, INC, and**
**TRANS UNION, LLC,**

    **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, Delbert Kevin Cordle, and Defendants, Experian Information Solutions, Inc. and Trans Union, LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all matters in dispute between Plaintiff and Defendants in this action shall be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted by:

/s/ Myra Feagin, with permission
Myra D. Feagin (IN #36457-49)
 *(*admitted *Pro Hac Vice)*
QUILLING SELANDER LOWNDS WINSLETT & MOSER
10333 North Meridian Street Suite 200
Indianapolis, IN 46290
317-497-5600
Fax: 317-899-9348
Email: mfeagin@qslwm.com
*Counsel for Defendant Trans Union, LLC*

/s/ Michael C. Cardi, with permission
Michael C. Cardi (WVSB #12228)
Leigh Anne Wilson (WVSB #13927)
Bowles Rice, LLP
125 Granville Square, Suite 400

Morgantown, WV 26501
mcardi@bowlesrice.com
lwilson@bowlesrice.com
*Counsel for Defendant Experian Information Solutions, Inc.*

    <u>**/s/ Jed Nolan**</u>
Benjamin Sheridan (# 11296)
Jed Nolan (# 510833)
*Counsel for Plaintiffs*
Klein & Sheridan, LC

**Mailing Address:**
3566 Teays Valley Rd
Hurricane, WV 25526

ben@kleinsheridan.com
jed@kleinsheridan.com
T: (304) 562-7111
F: (304) 562-7115